[No. 36888-9-II.   Division Two.   October 21, 2008.]

*In the Matter of the Marriage of* SHARON K. RASH, *Appellant,* and KENNETH RICHARD RASH, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-3-01521-0, Susan Serko, J., entered September 11, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.

[No. 36945-1-II.   Division Two.   October 21, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. PATRICK ROBERT CONDON, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-1-01174-7, Theodore F. Spearman, J., entered October 17, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Hunt, J.

[No. 36957-5-II.   Division Two.   October 21, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM VINSON HAGER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-01841-9, Kitty-Ann van Doorninck, J., entered November 9, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong and Hunt, JJ.

[No. 59222-0-I.   Division One.   October 27, 2008.]

GENE J. LAWSON ET AL., *Appellants,* v. THE CITY OF SEATTLE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 05-2-12758-9, Mary Yu, J., entered December 4, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Agid, J., concurred in by Becker and Leach, JJ.